# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CASE NO. 21-13108 |
| DONTE DOWDELL *Defendant* | DATE OF PROCEEDINGS: 4/8/2021 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Bail Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS    [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD    [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM    [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY   [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED    [ ] FINANCIAL COLLOQUY
- [x] TELE/VIDEOCONFERENCING CONSENT
- [ ] WAIVED READING OF INDICTMENT
- [ ] WAIVED PRELIMINARY HEARING

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [x] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
    - [ ] UNSECURED BOND
    - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Kendall Randolph
DEFT. COUNSEL: Rahul Sharma
PO/PTS: Brian Martins
INTERPRETER:
Language:

TIME COMMENCED: 4:53
TIME TERMINATED: 5:39
CD NO: ECR/Zoom

J. Baker
DEPUTY CLERK